UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**BODE CAPITAL, LLC,**

      Plaintiff,                                   **Case No.**  1:22-cv-22469-DPG

v.

**GARY BRECKA, SAGE WORKINGER, STREAMLINE MEDICAL GROUP NAPLES, LLC,  and RIVERSTONE FAMILY MCD, LLC,**

      Defendants.

_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Bode Capital, LLC ("Plaintiff" or "Bode") hereby responds to the Court's November 7, 2022 Order to Show Cause regarding Service of Summons and Complaint as follows:

1.    Bode has not effectuated service on the Defendants due to the fact that the filing of the lawsuit has triggered serious settlement discussions amongst the parties.  Settlement terms have been tentatively reached.  Bode anticipates that the parties will finalize the terms of their settlement upon the completion of certain agreed upon events, which will be completed within the next forty-five (45) days at which point this case will be dismissed.

2.    Bode believes that good cause exists for its failure to serve and request that the Court extend the time for service sixty (60) days pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated:   November 7, 2022         Respectfully submitted,

                                        McKOWN BAILEY
                                        2525 Ponce de Leon, 12th Floor
                                        Coral Gables, FL 33134
                                        Telephone:  (949) 858-3200
                                        E-Mail: aaron@mckownbailey.com

                                        By:  /s/ Aaron M. McKown                  .
                                               Aaron M. McKown
                                               Florida Bar No. 1002008
                                        *Attorneys For Plaintiff*
                                        BODE CAPITAL, LLC